(135 So. 921)

**J. C. DAWES and Emmett Gillespie v. STATE.**

8 Div. 266, 267.

Court of Appeals of Alabama.

June 30, 1931.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

This case was tried before the judge sitting without a jury. After hearing the evidence the trial judge was of the opinion that both defendants were guilty of petit larceny, and rendered judgment accordingly.

The case was submitted in this court on motion of the Attorney General, without brief or argument by appellant supporting exceptions reserved on the trial.

We have examined the record for errors as required by the statute, and find none of a reversible nature. An opinion in the case is unnecessary, and, without promulgating one, we follow the rule laid down in Simmons v. State, 17 Ala. App. 153, 82 So. 643; Winford v. State, 17 Ala. App. 153, 82 So. 643; Chapman v. State, 17 Ala. App. 154, 82 So. 644.

Let the judgment be affirmed.

Affirmed.

(134 So. 918)

**Robert DAWSON v. STATE.**

8 Div. 273.

Court of Appeals of Alabama.

May 26, 1931.

RICE, J.

Appeal dismissed.

(131 So. 917)

**L. E. DEAN, Ex'r, etc., v. H. SCHOEL.**

6 Div. 927.

Court of Appeals of Alabama.

Dec. 16, 1930.

BRICKEN, P. J.

Affirmed.

(138 So. 921)

**Clarence DENSON v. STATE.**

6 Div. 80.

Court of Appeals of Alabama.

Jan. 12, 1932.

RICE, J.

Affirmed.

(131 So. 917)

**John DENSON v. STATE.**

6 Div. 876.

Court of Appeals of Alabama.

Aug. 19, 1930.

Rehearing Denied Oct. 7, 1930.

BRICKEN, P. J.

Affirmed.

(132 So. 912)

**Robert DENSON v. STATE.**

1 Div. 921.

Court of Appeals of Alabama.

March 3, 1931.

Harry Seale, of Mobile, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

RICE, J.

Affirmed.

(130 So. 920)

**Will, alias W. S., DEVANE v. STATE.**

4 Div. 641.

Court of Appeals of Alabama.

Nov. 11, 1930.

SAMFORD, J.

Appeal dismissed.